**Fill in this information to identify your case:**

Debtor 1   Thomas A DeFalcon, Jr.
           First Name    Middle Name    Last Name

Debtor 2   Joan M DeFalcon, Jr.
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **District Of New Jersey**

Case number  18-22151
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules   12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/Thomas A DeFalcon, Jr.                      ✗ /s/Joan M DeFalcon, Jr.
Signature of Debtor 1                              Signature of Debtor 2

Date 10/01/2018                                    Date 10/01/2018
     MM / DD / YYYY                                     MM / DD / YYYY