Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−22151−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas A DeFalcon, Jr.　　　　　　　　　　　　　Joan M DeFalcon, Jr.
144 Mapletree Road　　　　　　　　　　　　　　　144 Mapletree Road
Toms River, NJ 08753　　　　　　　　　　　　　　Toms River, NJ 08753

Social Security No.:
　xxx−xx−4176　　　　　　　　　　　　　　　　　xxx−xx−3124

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 6/15/2018 and a confirmation hearing on such Plan has been scheduled for 10/09/2018 at 10:00 AM.

The debtor filed a Modified Plan on 10/1/2018 and a confirmation hearing on the Modified Plan is scheduled for 11/27/2018 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 2, 2018
JAN: gan

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                               Case No. 18-22151-MBK
Thomas A DeFalcon, Jr.
Joan M DeFalcon, Jr.                                                 Chapter 13
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2              Date Rcvd: Oct 02, 2018
                               Form ID: 186                Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db/jdb         +Thomas A DeFalcon, Jr.,    Joan M DeFalcon, Jr.,    144 Mapletree Road,
                 Toms River, NJ 08753-8330
cr             +CITIBANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
517594216       American Express,    Customer Service, PO Box 981535,    El Paso, Texas 79998-1535
517594217      +American Express,    Customer Service,   PO Box 981535,    El Paso, TX 79998-1535
517712309       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517594221      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America/FIA,    PO Box  982238,    El Paso, Texas 79998-2238)
517594223      +BJs/Comenity,    Bankruptcy Department,   PO Box 183043,    Columbus, OH 43218-3043
517685200      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
517594222      +Best Buy Credit Services,    PO Box 790441,   St. Louis, Missouri 63179-0441
517594224      +Boscovs/Comenity Capital Bank,    Bankruptcy Dept,   PO Box 183043,    Columbus, Ohio 43218-3043
517712313      ++CITIBANK,    PO BOX 6030,   SIOUX FALLS SD 57117-6030
               (address filed with court: Citibank, N.A.,    P.O. Box 688971,    Des Moines, IA  50368-8971)
517709283       Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
517594226       Chase Card Services,    PO Box 15548,   Wilmington, Delaware 19886-5548
517594227       Citi Mortgage Home Equity Line,    PO Box 790110,   ST. Louis, MO 63179-0110
517701914      +Citibank, N.A.,    Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
517713078       Citibank, N.A.,    P.O. Box 6030,   Sioux Falls, SD 57117-6030
517693793       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
517594228      +Exxon/Mobil,    PO Box 6404,   Sioux Falls, South Dakota 57117-6404
517594229      +Home Depot Credit Services,    PO Box 790328,   St. Louis, Missouri 63179-0328
517594233      +KML Law Group,    216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
517594237      +Macys,    Bankruptcy Processing, PO Box 8053,   Mason, Ohio 45040-8053
517594239      +Mr. Cooper,    8950 Cypress Waters Blvd.,   Coppell, Texas 75019-4620
517663750      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
517594241      +Phelan Hallinan Diamond & Jones,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517594243      +Sears Cards,    PO Box 6283,   Sioux Falls, South Dakota 57117-6283
517594244      +Shell Mastercard,    PO Box 6170,   Sioux Falls, SD 57117-6170
517594247      +TD Bank  (PO Box 84037, Columbus, Georgi,    PO Box 84037,    Columbus, Georgia 31908-4037
517594245       Target,    Target Credit Services, PO Box 673,   Minneapolis, Minnesota 55440-0673
517594246      +Target Card Services,    PO Box 673,   Minneapolis, Minnesota 55440-0673
517705795       eCAST Settlement Corporation,    PO Box 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 23:38:16     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 23:38:12     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517594215      +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:43:46     Amazon/Synchrony Bank,
                 Bankruptcy Department,   PO Box 965060,   Orlando, Florida 32896-5060
517594220      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 23:37:55     Avenue/Comenity,
                 Bankruptcy Department,    PO Box 182273,   Columbus, OH 43218-2273
517594225       E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:43:16     Care Credit/Synchrony Bank,
                 PO Box 965036,   Orlando, Florida 32896-5036
517636128       E-mail/Text: cio.bncmail@irs.gov Oct 02 2018 23:37:28     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
517594232       E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:43:45     JCP/Sychrony Bank,
                 Bankruptcy Department,   PO Box 965060,   Orlando, Florida 32896-5060
517594234       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 02 2018 23:37:15     Kohls Capital One,
                 PO Box 3043,   Milwaukee, Wisconsin 53201-3043
517594235      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 23:37:55     Lane Bryant/Comenity,
                 Bankruptcy Department,    PO Box 182273,   Columbus, OH 43218-2273
517594236      +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:43:45     Lowes Synchrony Bank,
                 Bankruptcy Dept,   PO Box 965060,   Orlando, Florida 32896-5060
517594238      ++E-mail/Text: ebn@rwjbh.org Oct 02 2018 23:38:38     Monmouth Medical Center,
                 St. Barnabus Health Care System,   PO Box 903,   Oceanport, New Jersey 07757-0903
517685201       E-mail/PDF: pa_dc_claims@navient.com Oct 02 2018 23:43:25     NAVIENT PC TRUST,
                 C/O Navient Solutions, LLC.,    PO BOX 9640,   Wilkes-Barre, PA 18773-9640
517594240      +E-mail/PDF: pa_dc_claims@navient.com Oct 02 2018 23:43:25     Navient,   PO Box 9500,
                 Wilkes Barre, Pennsylvania 18773-9500
517717430       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2018 23:44:28
                 Portfolio Recovery Associates, LLC,    c/o Best Buy Credit Card,    POB 41067,
                 Norfolk VA 23541
517711838       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2018 23:43:53
                 Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,   Norfolk VA 23541
517718056       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2018 23:43:53
                 Portfolio Recovery Associates, LLC,    c/o Exxonmobil,    POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-3          User: admin                Page 2 of 2             Date Rcvd: Oct 02, 2018
                              Form ID: 186               Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517717680        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 00:05:56
                  Portfolio Recovery Associates, LLC,   c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
517718135        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 00:06:23
                  Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,    POB 41067,
                  Norfolk VA 23541
517704734        E-mail/Text: bnc-quantum@quantum3group.com Oct 02 2018 23:38:05
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA   98083-0788
517704685        E-mail/Text: bnc-quantum@quantum3group.com Oct 02 2018 23:38:05
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA   98083-0788
517684992        E-mail/PDF: pa_dc_claims@navient.com Oct 02 2018 23:43:57      SLM BANK,
                  C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
517594242       +E-mail/Text: ebn_bkrt_forms@salliemae.com Oct 02 2018 23:38:46      Sallie Mae,
                  300 Continental Drive,    Newark, Delaware 19713-4322
517689465       +E-mail/Text: ebn_bkrt_forms@salliemae.com Oct 02 2018 23:38:47      Sallie Mae Bank,
                  PO Box 3319,    Wilmington, DE 19804-4319
517595206       +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2018 23:43:45       Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517715797       +E-mail/Text: bncmail@w-legal.com Oct 02 2018 23:38:24      TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517594248       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 02 2018 23:37:55      Victoria Secret/Comenity,
                  Bankruptcy Department,    PO Box 182273,    Columbus, Ohio 43218-2273
                                                                                               TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517594218*       American Express,    Customer Service,    PO Box 981535,    El Paso, TX 79998-1535
517594219*      +American Express,    Customer Service,    PO Box 981535,    El Paso, TX 79998-1535
517594230*       Internal Revenue Service,    Special Procedures  Bk Section,    PO Box 744,
                  Springfield, New Jersey 07081
517594231*       Internal Revenue Service,    Special Procedures, Bankruptcy Section,    PO Box 744,
                  Springfield, New Jersey 07081
                                                                                               TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Craig Scott Keiser    on behalf of Creditor    CITIBANK, N.A. craig.keiser@phelanhallinan.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph Purrazzella    on behalf of Joint Debtor Joan M DeFalcon, Jr. joseph@purrlaw.com,
               joep1897@comcast.net
              Joseph Purrazzella    on behalf of Debtor Thomas A DeFalcon, Jr. joseph@purrlaw.com,
               joep1897@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```