| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>813821<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for CITIBANK, N.A. | |
| In Re:<br><br>THOMAS A. DEFALCON, JR<br>JOAN M. DEFALCON, JR | Case No: 18-22151 - MBK<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 13 |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that <u>Phelan Hallinan Diamond & Jones, PC</u>, will be substituted as attorney of record for secured creditor CITIBANK, N.A. in this case.[1]

Date: 01/09/2019

**/s/ CRAIG KEISER**
Signature of Attorney

Date: 01/09/2019

**/s/ Andrew Spivack**
**Andrew Spivack, Esq.**
**Superseding Attorney**
**Andrew Spivack, Esq.**
**Phelan Hallinan & Diamond, PC**
**1617 JFK Boulevard, Suite 1400**
**Philadelphia, PA 19103**
**Tel: 856-813-5500 Ext. 1566**
**Fax: 856-813-5501**
**Email:**
**andrew.spivack@phelanhallinan.com**

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 813821 <br> Phelan Hallinan Diamond & Jones, PC <br> 1617 JFK Boulevard, Suite 1400 <br> Philadelphia, PA 19103 <br> 856-813-5500 <br> Attorneys for CITIBANK, N.A. | |
|---|---|
| In Re: <br><br> Thomas A. Defalcon, Jr <br> Joan M. Defalcon, Jr | Case No: 18-22151 - MBK <br><br> Hearing Date: _____ <br><br> Judge: MICHAEL B KAPLAN <br><br> Chapter: 13 |

# CERTIFICATION OF SERVICE

1. I, Brandi Brown:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents CITIBANK, N.A. in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On January 9, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Substitution of Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  January 9, 2019            /s/ *Brandi Brown*
                                                    Brandi Brown

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Thomas A. Defalcon, Jr<br>144 Mapletree Road, Toms River, NJ 08753 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Joan M. Defalcon, Jr<br>144 Mapletree Road, Toms River, NJ 08753 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Joseph Purrazzella, Esquire<br>3 Franklin Ave<br>PO Box 50<br>Toms River, NJ 08754 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo, Trustee<br>Cn4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.