UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph Purrazzella, Esq., JP 8706
Purrazzella and Purrazzella
PO Box 50
Toms River, New Jersey 08754
732-341-2222
joseph@purrlaw.com
Attorney for Debtors, Thomas DeFalcon, Jr. and Joan M. DeFalcon

In Re:

Thomas A. DeFalcon, Jr. and Joan M. DeFalcon, Debtors

Case No.: 18-22151MBK

Chapter: 13

Judge: Michael B. Kaplan

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Kurt E. Reinheimer, Esq. will be substituted as attorney of record for Thomas and Joan DeFalcon, Debtors in this case. [1]

Date: January 29, 2019

/s/ Joseph Purrazzella, Esq.
Signature of Former Attorney

Date: January 29, 2019

/s/ Kurt E. Reinheimer
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.