Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ 08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018  
**Chapter 13 Case No. 18-22151 / MBK**

Thomas A DeFalcon, Jr.  
Joan M DeFalcon, Jr.

Petition Filed Date: 06/15/2018  
341 Hearing Date: 07/19/2018  
Confirmation Date: 11/27/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/02/2018 | $3,693.00 | 50404580 | 08/02/2018 | $3,693.00 | 51200960 | 09/04/2018 | $3,693.00 | 52022190 |
| 10/01/2018 | $3,693.00 | 52772380 | 10/01/2018 | ($3,693.00) | 52772380 | 10/02/2018 | $3,693.00 | 52772380 |
| 11/02/2018 | $3,693.00 | 53593460 | 12/03/2018 | $3,920.00 | 54374380 | | | |

**Total Receipts for the Period: $22,385.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $26,368.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thomas A DeFalcon, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH PURRAZZELLA, ESQ | Attorney Fees | $1,885.00 | $1,885.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2015-2016 | Priority Creditors | $6,948.78 | $0.00 | $6,948.78 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2013 | Unsecured Creditors | $3,588.26 | $0.00 | $3,588.26 |
| 3 | NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER<br>»» P/144 MAPLETREE RD/1ST MTG | Mortgage Arrears | $22,637.22 | $11,675.87 | $10,961.35 |
| 4 | SLM BANK<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | SLM BANK<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 6 | SLM BANK<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $11,527.65 | $0.00 | $11,527.65 |
| 8 | NAVIENT PC TRUST<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 9 | SALLIE MAE<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $223.85 | $0.00 | $223.85 |
| 11 | CITIBANK N.A.<br>»» THD | Unsecured Creditors | $386.35 | $0.00 | $386.35 |
| 12 | QUANTUM3 GROUP LLC<br>»» BOSCOVS | Unsecured Creditors | $1,591.45 | $0.00 | $1,591.45 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC<br>»»  BJS | Unsecured Creditors | $13,010.43 | $0.00 | $13,010.43 |
| 14 | QUANTUM3 GROUP LLC<br>»»  BOSCOVS | Unsecured Creditors | $721.83 | $0.00 | $721.83 |
| 15 | QUANTUM3 GROUP LLC<br>»»  VS | Unsecured Creditors | $301.73 | $0.00 | $301.73 |
| 16 | QUANTUM3 GROUP LLC<br>»»  AVENUE | Unsecured Creditors | $523.25 | $0.00 | $523.25 |
| 17 | QUANTUM3 GROUP LLC<br>»»  LANE BRYANT | Unsecured Creditors | $844.77 | $0.00 | $844.77 |
| 18 | ECAST SETTLEMENT CORP | Unsecured Creditors | $1,202.14 | $0.00 | $1,202.14 |
| 19 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $640.04 | $0.00 | $640.04 |
| 20 | ECAST SETTLEMENT CORP | Unsecured Creditors | $8,431.78 | $0.00 | $8,431.78 |
| 21 | ECAST SETTLEMENT CORP | Unsecured Creditors | $9,841.35 | $0.00 | $9,841.35 |
| 22 | ECAST SETTLEMENT CORP | Unsecured Creditors | $3,623.89 | $0.00 | $3,623.89 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CARE CREDIT | Unsecured Creditors | $6,719.11 | $0.00 | $6,719.11 |
| 24 | AMERICAN EXPRESS | Unsecured Creditors | $15,261.88 | $0.00 | $15,261.88 |
| 25 | AMERICAN EXPRESS | Unsecured Creditors | $11,329.66 | $0.00 | $11,329.66 |
| 26 | CITIBANK, NA<br>»»  P/144 MAPLETREE RD/2ND MTG | Mortgage Arrears | $14,177.67 | $7,312.59 | $6,865.08 |
| 27 | AMERICAN EXPRESS | Unsecured Creditors | $4,968.91 | $0.00 | $4,968.91 |
| 28 | AMERICAN EXPRESS | Unsecured Creditors | $1,584.31 | $0.00 | $1,584.31 |
| 29 | AMERICAN EXPRESS | Unsecured Creditors | $15,384.91 | $0.00 | $15,384.91 |
| 30 | TD BANK USA NA | Unsecured Creditors | $15,143.18 | $0.00 | $15,143.18 |
| 31 | TD BANK USA NA | Unsecured Creditors | $16,217.35 | $0.00 | $16,217.35 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY | Unsecured Creditors | $5,719.49 | $0.00 | $5,719.49 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SEARS | Unsecured Creditors | $5,063.96 | $0.00 | $5,063.96 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  EXXONMOBIL | Unsecured Creditors | $2,464.94 | $0.00 | $2,464.94 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  THD | Unsecured Creditors | $11,138.11 | $0.00 | $11,138.11 |

**Chapter 13 Case No. 18-22151 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,368.00 | Plan Balance: | $211,162.00 ** |
| Paid to Claims: | $20,873.46 | Current Monthly Payment: | $3,983.00 |
| Paid to Trustee: | $1,790.35 | Arrearages: | $63.00 |
| Funds on Hand: | $3,704.19 | Total Plan Base: | $237,530.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**