UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage LLC d/b/a Mr. Cooper

In Re:

Joan M. DeFalcon
Thomas A. DeFalcon

Case No.:      18-22151 MBK

Chapter:      13

Hearing Date:      2/26/19

Judge:      Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:  Motion for Relief from Stay: 144 Mapletree Road, Toms River, NJ 08753

filed on 1/18/19; docket #37

Date: 2/19/19                                         /s/ Denise Carlon
                                                        Signature

*rev.8/1/15*