UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Reinheimer & Reinheimer
2494 Moore Road
Suite 4
Toms River, New Jersey 08753
732 349 4650
Attorneys for Debtor(s)

Order Filed on March 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas and Joan DeFalcon

Case No.: __18-22151__

Chapter: 13

Judge: __Michael B. Kaplan__

# ORDER GRANTING CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 11, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The applicant having certified that legal work to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Kurt E. Reinheimer_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____15.00_____ for a total of $_____415.00_____ . The allowance is payable:

  ☒  through the Chapter 13 plan as an administrative priority.

  ☐  outside the plan.

The sum of $ 9.00 needs to be added to your existing plan payment amount of $ 3983.00 in order to avid any issues concerning your plan being completed in a timely fashion.
This new plan payment amount should be made unless and until the Trustee advises you of a different amount after he has recalculated same.

*rev.8/1/15*