UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2019-0462

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for Citibank, N.A.

| | |
|---|---|
| In Re: | Case No.:  18-22151-MBK |
| | |
| Thomas A. DeFalcon, Jr. | Hearing Date: 06/11/2019 |
| Joan M. DeFalcon, Jr. | |
| | Judge:  Honorable Michael B. Kaplan |
| | |
| | Chapter:  13 |

## CERTIFICATION OF SERVICE

1.    I, Angel Lozada:

☐ represent the _____ in the above captioned matter.

☒ am the secretary/paralegal for Powers Kirn, LLC, who represents the creditor in the above captioned

matter.

☐ am the _____ in the above case and am representing myself.

2.    On June 4, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the

chart below:  Form of Order submitted

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service

indicated.

_____ */s/ Angel Lozada* _____

Dated:  June 4, 2019                     Angel Lozada

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert  Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Kurt E. Reinheimer, Esquire<br>2494 Moore Road<br>Suite 4<br>Toms River, NJ 08753 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Thomas A. DeFalcon, Jr.<br>144 Mapletree Road<br>Toms River, NJ 08753 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |
| Joan M. DeFalcon, Jr.<br>144 Mapletree Road<br>Toms River, NJ 08753 | **CO-DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.