UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2019-0462

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for Citibank, N.A.



**Order Filed on June 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Thomas A. DeFalcon, Jr.
Joan M. DeFalcon, Jr.

Case No.: 18-22151-MBK

Hearing Date: 06/11/2019

Judge: Honorable Michael B. Kaplan

Chapter: 13

### ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 14, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: Thomas A. DeFalcon, Jr. and Joan M. DeFalcon, Jr.

Case No.: 18-22151-MBK

Caption of Order: ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

---

Upon the motion of Powers Kirn, LLC, Attorney for CitiMortgage, Inc., servicing agent for Citibank, N.A., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property commonly known as 144 Maple Tree Road, Toms River, NJ 08753, as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through June 1, 2019, in the sum of $ 1,090.59 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 1 | Payments @ | $1,090.59 | (06/01/2019 - 06/01/2019) | = | $1,090.59 |
| | Arrears to Cure: | | | = | $1,090.59 |

2. Debtor(s) shall make a payment in the amount of $1,090.59 on or before June 30, 2019 to cure the arrears set forth above.

3. Debtor(s) shall resume regular monthly mortgage payments starting on July 1, 2019.

4. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

5. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.