**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2019-0462

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for Citibank, N.A.



**Order Filed on June 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Thomas A. DeFalcon, Jr.
Joan M. DeFalcon, Jr.

Case No.:  18-22151-MBK

Hearing Date: 06/11/2019

Judge:  Honorable Michael B. Kaplan

Chapter:  13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2)   is hereby **ORDERED**.

**DATED: June 14, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 18-22151-MBK    Doc 52    Filed 06/19/19    Entered 06/20/19 00:35:01    Desc Imaged
Certificate of Notice    Page 2 of 3

Page 2
Debtor: Thomas A. DeFalcon, Jr. and Joan M. DeFalcon, Jr.
Case No.: 18-22151-MBK
Caption of Order: ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

Upon the motion of Powers Kirn, LLC, Attorney for CitiMortgage, Inc., servicing agent for Citibank, N.A., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property commonly known as 144 Maple Tree Road, Toms River, NJ 08753, as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall commence curing post petition arrears through June 1, 2019, in the sum of $1,090.59 which is itemized as follows:

| Qty | Item | Amount | (From - To) | | Extended Amount |
|---|---|---|---|---|---|
| 1 | Payments @ | $1,090.59 | (06/01/2019 - 06/01/2019) | = | $1,090.59 |
| | Arrears to Cure: | | | = | $1,090.59 |

2. Debtor(s) shall make a payment in the amount of $1,090.59 on or before June 30, 2019 to cure the arrears set forth above.

3. Debtor(s) shall resume regular monthly mortgage payments starting on July 1, 2019.

4. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

5. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-22151-MBK
Thomas A DeFalcon, Jr.                                                  Chapter 13
Joan M DeFalcon, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Jun 17, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.
db/jdb         +Thomas A DeFalcon, Jr.,   Joan M DeFalcon, Jr.,   144 Mapletree Road,
                Toms River, NJ 08753-8330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    CITIBANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kurt E. Reinheimer    on behalf of Joint Debtor Joan M DeFalcon, Jr. kerrein66@comcast.net,
               G1659@notify.cincompass.com
              Kurt E. Reinheimer    on behalf of Debtor Thomas A DeFalcon, Jr. kerrein66@comcast.net,
               G1659@notify.cincompass.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Citibank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Citibank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 9