UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Reinheimer & Reinheimer
2494 Moore Road
Suite 4
Toms River, New Jersey 08753
732 349 4650
Attorneys for Debtor(s)

Order Filed on November 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Thomas and Joan DeFalcon

Case No.:        18-22151

Chapter:            13

Judge:        Michael B. Kaplan

## ORDER GRANTING CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 13, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Kurt E. Reinheimer_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____15.00_____ for a total of $_____415.00_____ . The allowance is payable:

  ☒  through the Chapter 13 plan as an administrative priority.

  ☐  outside the plan.

The sum of $ 15.00 needs to be added to your existing plan payment amount of $ 4006.00 in order to avoid any issues concerning your plan being completed in a timely fashion.  This new plan payment amount should be made unless and until the Trustee advises you of a different amount after he has recalculated same.

*rev.8/1/15*

2