**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

In re: THOMAS A. DEFALCON, JR
JOAN M. DEFALCON, JR
**Debtor(s)**

Case No. 18-22151 - MBK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CITIBANK, N.A. | CITIBANK, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

C/O CENLAR, FSB
425 PHILLIPS BLVD.
EWING, NJ 08618

Court Claim # (if known): 25
Amount of Claim: $111,701.43
Date Claim Filed: August 21, 2018

Phone: 609-883-3900
Last Four Digits of Acct #: 6640

Phone: 866-613-5636
Last Four Digits of Acct #: 6640

Name and Address where transferee payments should be sent (if different from above):

C/O CENLAR, FSB
425 PHILLIPS BLVD.
EWING, NJ 08618

Phone: 609-883-3900
Last Four Digits of Acct #: 6640

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sherri J. Smith
Transferee/Transferee's Agent

Date: November 27, 2019

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 832851 <br> Phelan Hallinan Diamond & Jones, PC <br> 1617 JFK Boulevard, Suite 1400 <br> Philadelphia, PA 19103 <br> 856-813-5500 <br> Attorneys for CITIMORTGAGE, INC. | |
| In Re: <br><br> THOMAS A. DEFALCON, JR <br> JOAN M. DEFALCON, JR | Case No: 18-22151 - MBK <br><br> Judge: MICHAEL B KAPLAN <br><br> Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Jason Seidman:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents CITIMORTGAGE, INC. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On December 2, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: December 2, 2019                    /s/ *Jason Seidman*
                                               Jason Seidman

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Joan M. Defalcon, Jr<br>144 Maple Tree Road, Toms River, NJ 08753 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>  (as authorized by the court *) |
| Thomas A. Defalcon, Jr<br>144 Maple Tree Road, Toms River, NJ 08753 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>  (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>  (as authorized by the court *) |
| Kurt E. Reinheimer, Esquire<br>2494 Moore Road<br>Suite 4<br>Toms River, NJ 08753 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>  (as authorized by the court *) |
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail |

3

|  |  | ☐ Certified mail/RR |
|---|---|---|
|  |  | ☐ E-mail |
|  |  | ☒ Notice of Electronic Filing (NEF) |
|  |  | ☐ Other_____ <br> (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.