| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-22151 / MBK**

Thomas A DeFalcon, Jr.
Joan M DeFalcon, Jr.

Petition Filed Date: 06/15/2018
341 Hearing Date: 07/19/2018
Confirmation Date: 11/27/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2019 | $3,983.00 | 55086040 | 02/05/2019 | $3,983.00 | 55934220 | 03/06/2019 | $3,983.00 | 56733510 |
| 04/02/2019 | $3,983.00 | 57500700 | 05/02/2019 | $3,992.00 | 58279000 | 06/03/2019 | $3,992.00 | 59095190 |
| 09/03/2019 | $4,006.00 | 61456050 | 10/18/2019 | $4,006.00 | 62609200 | 12/03/2019 | $4,006.00 | 63751670 |
| 12/31/2019 | $4,021.00 | 64416120 | | | | | | |

**Total Receipts for the Period: $39,955.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $66,361.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Thomas A DeFalcon, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH PURRAZZELLA, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $1,885.00 | $1,885.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2015-2016 | Priority Crediors | $6,948.78 | $6,948.78 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2013 | Unsecured Creditors | $3,588.26 | $239.44 | $3,348.82 |
| 3 | Nationstar Mortgage LLC<br>»» P/144 MAPLETREE RD/1ST MTG | Mortgage Arrears | $22,637.22 | $22,637.22 | $0.00 |
| 4 | SLM BANK<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 5 | SLM BANK<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 6 | SLM BANK<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $11,527.65 | $769.24 | $10,758.41 |
| 8 | NAVIENT PC TRUST<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 9 | SALLIE MAE<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $223.85 | $0.00 | $223.85 |
| 11 | CITIBANK, N.A.<br>»» THD | Unsecured Creditors | $386.35 | $17.01 | $369.34 |

| # | Creditor | Type | Claim | Paid | Balance |
|---|---|---|---:|---:|---:|
| 12 | QUANTUM3 GROUP LLC<br>»»  BOSCOVS | Unsecured Creditors | $1,591.45 | $106.20 | $1,485.25 |
| 13 | QUANTUM3 GROUP LLC<br>»»  BJS | Unsecured Creditors | $13,010.43 | $868.19 | $12,142.24 |
| 14 | QUANTUM3 GROUP LLC<br>»»  BOSCOVS | Unsecured Creditors | $721.83 | $48.17 | $673.66 |
| 15 | QUANTUM3 GROUP LLC<br>»»  VS | Unsecured Creditors | $301.73 | $20.14 | $281.59 |
| 16 | QUANTUM3 GROUP LLC<br>»»  AVENUE | Unsecured Creditors | $523.25 | $23.03 | $500.22 |
| 17 | QUANTUM3 GROUP LLC<br>»»  LANE BRYANT | Unsecured Creditors | $844.77 | $56.38 | $788.39 |
| 18 | ECAST SETTLEMENT CORP<br>»»  SYNCHRONY/AMAZON | Unsecured Creditors | $1,172.88 | $78.26 | $1,094.62 |
| 19 | CAPITAL ONE, NA<br>»»  KOHLS | Unsecured Creditors | $640.04 | $28.18 | $611.86 |
| 20 | ECAST SETTLEMENT CORP<br>»»  SYNCHRONY/JCP | Unsecured Creditors | $7,203.44 | $480.69 | $6,722.75 |
| 21 | ECAST SETTLEMENT CORP<br>»»  SYNCHRONY/LOWES | Unsecured Creditors | $8,082.11 | $539.33 | $7,542.78 |
| 22 | ECAST SETTLEMENT CORP<br>»»  SYNCHRONY/JCP | Unsecured Creditors | $3,476.11 | $231.96 | $3,244.15 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/CARE CREDIT | Unsecured Creditors | $6,719.11 | $448.36 | $6,270.75 |
| 24 | AMERICAN EXPRESS | Unsecured Creditors | $15,261.88 | $1,018.43 | $14,243.45 |
| 25 | AMERICAN EXPRESS | Unsecured Creditors | $11,329.66 | $756.03 | $10,573.63 |
| 26 | CITIBANK N A<br>»»  P/144 MAPLETREE RD/2ND MTG | Mortgage Arrears | $14,177.67 | $14,177.67 | $0.00 |
| 27 | AMERICAN EXPRESS | Unsecured Creditors | $4,968.91 | $331.58 | $4,637.33 |
| 28 | AMERICAN EXPRESS | Unsecured Creditors | $1,584.31 | $105.72 | $1,478.59 |
| 29 | AMERICAN EXPRESS | Unsecured Creditors | $15,384.91 | $1,026.64 | $14,358.27 |
| 30 | TD BANK USA NA | Unsecured Creditors | $15,143.18 | $1,010.50 | $14,132.68 |
| 31 | TD BANK USA NA | Unsecured Creditors | $16,217.35 | $1,082.19 | $15,135.16 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/BEST BUY | Unsecured Creditors | $5,719.49 | $381.66 | $5,337.83 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/SEARS | Unsecured Creditors | $5,063.96 | $337.92 | $4,726.04 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/EXXONMOBIL | Unsecured Creditors | $2,464.94 | $164.48 | $2,300.46 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/THD | Unsecured Creditors | $11,138.11 | $743.25 | $10,394.86 |
| 0 | Kurt E. Reinheimer, Esq.<br>»»  SUB OF ATTY 1/30/19 - ORDER 3/11/19 | Attorney Fees | $415.00 | $415.00 | $0.00 |
| 0 | Kurt E. Reinheimer, Esq.<br>»»  ORDER 7/10/19 | Attorney Fees | $415.00 | $415.00 | $0.00 |
| 36 | Nationstar Mortgage LLC<br>»»  144 MAPLETREE ROAD/ORDER 10/15/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | Kurt E. Reinheimer, Esq.<br>»»  ORDER 11/13/19 | Attorney Fees | $415.00 | $415.00 | $0.00 |

**Chapter 13 Case No. 18-22151 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $66,361.00 | Plan Balance: | $173,142.00 ** |
| Paid to Claims: | $58,337.65 | Current Monthly Payment: | $4,021.00 |
| Paid to Trustee: | $4,241.74 | Arrearages: | $12,091.00 |
| Funds on Hand: | $3,781.61 | Total Plan Base: | $239,503.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.