Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−22151−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Thomas A DeFalcon, Jr.　　　　　　　　　　　　Joan M DeFalcon, Jr.
   144 Mapletree Road　　　　　　　　　　　　　　144 Mapletree Road
   Toms River, NJ 08753　　　　　　　　　　　　　Toms River, NJ 08753

Social Security No.:
   xxx−xx−4176　　　　　　　　　　　　　　　　　　xxx−xx−3124

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/14/20 at 09:00 AM

to consider and act upon the following:

**65** − Creditor's Certification of Default (related document:56 Motion for Relief from Stay re: 144 Mapletree Rd, Toms River NJ 08753. Fee Amount $ 181. filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper, 57 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 06/18/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certificate Re Post−Petition History # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 6/19/20

                                                         Jeanne Naughton
                                                         Clerk, U.S. Bankruptcy Court