UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage LLC d/b/a Mr. Cooper

In Re:

Joan M. DeFalcon
Thomas A. DeFalcon Jr.

Case No.:    18-22151 MBK

Chapter:    13

Hearing Date:    7/14/2020

Judge:    Michael B. Kaplan

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter:  Creditor's Certification of Default filed on June 4, 2020; document number 65

_____

Date:  6/25/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*