UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Reinheimer & Reinheimer
2494 Moore Road
Suite 4
Toms River, New Jersey 08753
732 349 4650
Attorneys for Debtor(s)

**Order Filed on June 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: _____18-22151_____ |
| Thomas and Joan DeFalcon | Chapter: 13 |
| | Judge: _____MBK_____ |

## ORDER GRANTING CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 29, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Kurt E. Reinheimer_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____15.00_____ for a total of $_____415.00_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The sum of $ 21.04 needs to be added to your existing plan payment amount of $ 4021.00 in order to avid any issues concerning your plan being completed in a timely fashion.

This new plan payment amount should be made unless and until the Trustee advises you of a different amount after he has recalculated same.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-22151-MBK
Thomas A DeFalcon, Jr.                                                    Chapter 13
Joan M DeFalcon, Jr.
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin           Page 1 of 1           Date Rcvd: Jun 30, 2020
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
db/jdb          +Thomas A DeFalcon, Jr.,   Joan M DeFalcon, Jr.,   144 Mapletree Road,
                 Toms River, NJ 08753-8330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
            Albert Russo    docs@russotrustee.com
            Andrew L. Spivack    on behalf of Creditor    CITIBANK, N.A. nj.bkecf@fedphe.com
            Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
            dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
            dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Kurt E. Reinheimer    on behalf of Debtor Thomas A DeFalcon, Jr. kerrein66@comcast.net,
            G1659@notify.cincompass.com
            Kurt E. Reinheimer    on behalf of Joint Debtor Joan M DeFalcon, Jr. kerrein66@comcast.net,
            G1659@notify.cincompass.com
            Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
            NJ_ECF_Notices@mccalla.com,  mccallaecf@ecf.courtdrive.com
            Sherri Jennifer Smith    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
            nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
            Sherri Jennifer Smith    on behalf of Creditor    CITIBANK, N.A. nj.bkecf@fedphe.com,
            nj.bkecf@fedphe.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
            William M.E. Powers    on behalf of Creditor    Citibank, N.A. ecf@powerskirn.com
            William M.E. Powers, III    on behalf of Creditor    Citibank, N.A. ecf@powerskirn.com
                                                                              TOTAL: 12