| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Thomas A. DeFalcon, Jr. & Joan M. DeFalcon, | Case No.: __18-22151 (MBK)__<br><br>Chapter: __13__<br><br>Judge: __Michael B. Kaplan__ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Joan M. DeFalcon_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☒ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __8-12-23__    _[signature] Joan M. DeFalcon_
                    Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a __completed__ Certification in Support of Discharge.

rev.8/1/18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Thomas A. DeFalcon Jr. & Joan M. DeFalcon

Case No.: 18-22151-MBK

Chapter: 13

Judge: Michael B. Kaplan

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Joan M. DeFalcon, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

   ☒ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8-1-23

Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

rev. 8/1/18

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| In Re:<br>Thomas A. DeFalcon, Jr. & Joan M. DeFalcon, |

Case No.: 18-22151 (MBK)

Chapter: 13

Judge: Michael B. Kaplan

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Thomas A. DeFalcon, Jr. _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8/12/23

_____
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Thomas A. DeFalcon, Jr. & Joan M. DeFalcon

Case No.: 18-22151 (MBK)

Chapter: 13

Judge: Michael B. Kaplan

## DEBTOR'S CERTIFICATION IN SUPPORT OF DISCHARGE

I, Thomas A. DeFalcon, Jr., debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations.

☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: [illegible]

Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**