Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18−22151−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Thomas A DeFalcon, Jr. | Joan M DeFalcon, Jr. |
|---|---|
| 144 Mapletree Road | 144 Mapletree Road |
| Toms River, NJ 08753 | Toms River, NJ 08753 |

Social Security No.:
   xxx−xx−4176                                     xxx−xx−3124

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

   TO: <u>Thomas A DeFalcon, Jr. and Joan M DeFalcon, Jr.</u>
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: August 30, 2023
JAN: gan

                                                          <u>Jeanne Naughton, Clerk</u>